UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOOTH FAMILY TRUST, on Behalf of Itself and All Others Similarly Situated, | § § § | No. 4:11-cv-00861 |
| | § | CLASS ACTION |
| Plaintiff, | § § | |
| v. | § § | |
| PRIDE INTERNATIONAL, INC., LOUIS A. RASPINO, DAVID A. B. BROWN, RALPH D. MCBRIDE, ARCHIE W. DUNHAM, FRANCIS S. KALMAN, KENNETH M. BURKE, ROBERT G. PHILLIPS, DAVID A. HAGER, ENSCO PLC, ENSCO INTERNATIONAL INCORPORATED, and ENSCO VENTURES LLC, | § § § § § § § § § § | |
| Defendants. | § § | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Booth Family Trust hereby voluntarily dismisses this action in its entirety without prejudice, with each side to bear their own fees and costs.

Dated: May 8, 2012

Respectfully submitted,

FEDERMAN & SHERWOOD

By: s/William B. Federman
William B. Federman
Texas State Bar No. 00794935
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1590
F: (405) 239-2112
-and-
2926 Maple Ave., Suite 200
Dallas, TX 75201
wbf@federmanlaw.com

- and -

ROBBINS UMEDA LLP
Brian J. Robbins
Stephen J. Oddo
Ashan Amiri
Justin D. Rieger
600 B Street, Suite 1900
San Diego, CA 92101
T: (619) 525-3990
F: (619) 525-3991
brobbins@robbinsumeda.com
soddo@robbinsumeda.com
aamiri@robbinsumeda.com
jrieger@robbinsumeda.com

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel who have registered with the Court.

s/William B. Federman
William B. Federman